UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
LUIGI GIROTTO,         :
         :
         Plaintiff,   :
         :     22-CV-3723 (VSB)
     -against-   :
         :     **ORDER**
MARNI U.S.A., CORP., et al.,   :
         :
         Defendants.   :
         :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on May 7, 2022, (Doc. 1), and filed affidavits of service on June 19, 2022, (Docs. 7, 8).  The deadline for Defendants to respond to Plaintiff's complaint was June 29, 2022.  (*See* Docs. 7, 9.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 7, 2022.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   June 30, 2022
       New York, New York

                                            _____
                                            VERNON S. BRODERICK
                                            United States District Judge